Wyatt Johnson, ISB: 5858
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: wyatt@angstman.com

*Attorney for Erin D. Whiting and Magic Plumbing LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIN D. WHITING, an individual; and MAGIC PLUMBING LLC, an Idaho limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> MAGIC VALLEY ELECTRIC, LLC, an Idaho limited liability company; and Does 1-10 whose true names are unknown, <br><br> Defendants. | Case No. _____ <br><br> **COMPLAINT** |

COMES NOW Plaintiffs, Erin D. Whiting and Magic Plumbing, LLC (collectively referred to as "Plaintiffs" or "Magic Plumbing"), by and through their counsel of record, ANGSTMAN JOHNSON, and complain and allege against the above-captioned Defendant Magic Valley Electric, LLC, ("Defendant" or "Magic Valley Electric"), as follows:

**COMPLAINT – PAGE 1**
A♦J Matter: 8425-004

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Erin D. Whiting ("Whiting"), is a resident of the State of Idaho and owner of Magic Plumbing LLC.

2. Plaintiff, Magic Plumbing, LLC ("Magic Plumbing") is an Idaho limited liability company in good standing, with a registered address of 520 North 36th Street, Nampa, Idaho 83687.

3. Defendant, Magic Valley Electric, LLC ("Magic Valley Electric") is an Idaho limited liability company with a registered address of 395 Railway Street, Jerome, Idaho 83338.

4. Jurisdiction is proper in the federal courts based upon 28 U.S.C. § 1331 because this case presents claims arising under the laws of the United States.

5. Venue is proper in the District of Idaho pursuant to 28 U.S.C. § 1391(b).

## GENERAL ALLEGATIONS

6. Erin Whiting has been doing business in Idaho under the name "Magic Plumbing" since 1997. Magic Plumbing offers plumbing and plumbing contractor services, drain, and sewer cleaning and rootering services, and repair of residential plumbing systems (collectively, "plumbing services"). Since that time through the present time, Magic Plumbing has continuously promoted and performed its plumbing services throughout the State of Idaho, with an emphasis on the geographical region of the Treasure Valley, southwestern Idaho. Magic Plumbing has also performed plumbing contractor services in the State of Oregon.

7. On or about January 2, 2014, Magic Plumbing LLC was validly formed by Whiting as an Idaho limited liability corporation by filing articles of organization with the Idaho Secretary of State.

8. Magic Plumbing has advertised its services in Idaho since 1997. Magic Plumbing has advertised its plumbing services through radio advertisements, phone book advertisements, social media, and word-of-mouth.

9. Magic Plumbing advertised its plumbing services in Eastern Oregon through radio advertisements in roughly 2013.

10. Since 1997, Magic Plumbing has spent considerable time, money, and effort to promote its business and associated intellectual property in southwestern Idaho and surrounding areas, including Eastern Oregon.

11. Because of its continuous and exclusive use of its intellectual property, Magic Plumbing owns valid and subsisting common law rights to its intellectual property.

12. The intellectual property includes at least the following mark, the name "Magic Plumbing" (the "mark").

13. On August 14, 2018, Defendants filed a Certificate of Assumed Business Name of Magic Valley Plumbing, an entity with a substantially similar name as Magic Plumbing.

14. After its 2018 filing, Magic Valley Electric started using that assumed name to perform plumbing services in southwestern Idaho. Magic Valley Electric's use of "Magic Valley Plumbing" has caused confusion among the public regarding the identity of the companies.

15. On August 6 and 7, 2020, Magic Valley Electric filed for registration of the trademarks, "MAGIC ELECTRIC PLUMBING HEATING AIR" and "MAGIC ELECTRIC PLUMBING" with the United States Patent and Trademark Office.

16. Without authorization from Magic Plumbing, Magic Valley Electric has used and is continuing to use trade names that are confusingly similar to Magic Plumbing's mark.

**COMPLAINT – PAGE 3**
A♦J Matter: 8425-004

17. Magic Valley Electric's unauthorized use in commerce of the combination of "MAGIC" and "PLUMBING" has and will continue to cause confusion, mistake, or deception and constitutes common law trademark infringement.

18. Magic Valley Electric has committed the acts of infringement with full knowledge of Magic Plumbing's prior rights in its mark and with the intent to cause confusion and trade on Magic Plumbing's goodwill.

19. Magic Valley Electric's infringement actions have had a substantial effect on Magic Plumbing's business.

20. Magic Valley Electric's conduct is causing immediate and irreparable harm and injury to Magic Plumbing, including damage to its goodwill and reputation, and will continue to do both if allowed to continue to infringe.

21. Magic Valley Electric's infringement is in violation of Magic Plumbing's rights under 15 USC § 1125.

## COUNT I – COMMON LAW TRADEMARK INFRINGEMENT
### *15 U.S.C. § 1125*

22. The foregoing paragraphs are incorporated by reference as if fully set forth herein.

23. Magic Plumbing began using the mark in 1997. Magic Plumbing uses the mark in Idaho and Oregon. Magic Plumbing has used the mark continuously since 1997. The mark is distinctive and identifies the Plaintiff, Magic Plumbing.

24. Magic Valley Electric has used "Magic Valley Plumbing" in marketing directly to competing business interests in Idaho. Defendant's use of the mark is both likely to cause consumer confusion, and has caused consumer confusion.

25. Plaintiffs Magic Plumbing and/or Erin Whiting have suffered economic and reputational injury because of Defendant's unauthorized use of "Magic Valley Plumbing."

Accordingly, they are entitled to an award of damages in such amount as may be proven at trial, as well as preliminary and permanent injunctive relief preventing Defendant from continuing the use of "Magic Valley Plumbing."

26. Magic Valley Electric has received profits from the use of the mark.

### ATTORNEY FEES AND COSTS

27. Plaintiffs request attorney fees and costs pursuant to 15 USC § 1117, 17 USC § 505, and any applicable statute or contract.

### REQUEST FOR JUDGMENT

Based upon the facts set forth in this Complaint, Plaintiffs request entry of judgment by this Court:

(1) Awarding Plaintiffs damages in such amounts as may be proven at trial, but not less than the jurisdictional minimum of the District Court;

(2) For preliminary and permanent injunctive relief:

    a. Preventing Defendant from using "Magic Valley Plumbing" or substantially similar marks in business or trade.

(3) For an award of attorney fees and costs pursuant to any applicable basis arising by law or contract.

(4) For any other legal or equitable relief as the facts of this case may warrant.

DATED this 10 day of June, 2021.

WYATT B. JOHNSON
*Attorney for Erin D. Whiting and Magic Plumbing LLC*

COMPLAINT – PAGE 5
A♦J Matter: 8425-004