Wyatt Johnson, ISB: 5858
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: wyatt@angstman.com

*Attorney for Erin D. Whiting and Magic Plumbing LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIN D. WHITING, an individual; and MAGIC PLUMBING LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MAGIC VALLEY ELECTRIC, LLC, an Idaho limited liability company; and Does 1-10 whose true names are unknown,<br><br>Defendants. | Case No. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

COMES NOW Plaintiffs, Erin D. Whiting and Magic Plumbing, LLC (collectively referred to as "Plaintiffs" or "Magic Plumbing"), by and through their counsel of record, ANGSTMAN JOHNSON, and make the following disclosure, pursuant to FRCP 7.1:

1. Magic Plumbing LLC is an Idaho limited liability company that has no parent corporation or any publicly held corporation that owns 10% or more of its stock.

**RULE 7.1 DISCLOSURE STATEMENT – PAGE 1**
A✦J Matter: 8425-004

DATED this 10 day of June, 2021.

WYATT B. JOHNSON
Attorney for Erin D. Whiting and
Magic Plumbing LLC

**RULE 7.1 DISCLOSURE STATEMENT – PAGE 2**
A♦J Matter: 8425-004