James L. Martin, ISB No. 4226
Bradlee R. Frazer, ISB No. 3857
Noah Bush, ISB No. 10663
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5217
Email: jmartin@hawleytroxell.com
         bfrazer@hawleytroxell.com
         nbush@hawleytroxell.com

Attorneys for Defendant
Magic Valley Electric, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIN D. WHITING, an individual; and MAGIC PLUMBING LLC, an Idaho limited liability company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MAGIC VALLEY ELECTRIC, LLC, an Idaho limited liability company; and Does 1-10 whose true names are unknown,<br><br>　　　　Defendants. | Case No. 1:21-cv-00250-CWD<br><br>ACCEPTANCE AND ACKNOWLEDGEMENT OF SERVICE |

　　　　James L. Martin of the firm Hawley Troxell Ennis & Hawley LLP, as counsel for Defendant Magic Valley Electric, LLC, does hereby acknowledge the receipt of the Summons and Complaint in the above-entitled action, and acceptance of service thereof is hereby acknowledged.

ACCEPTANCE AND ACKNOWLEDGEMENT OF SERVICE - 1

DATED: June 21, 2021.    HAWLEY TROXELL ENNIS & HAWLEY LLP


By: */s/ James L. Martin*
    James L. Martin, ISB No. 4226
    Attorneys for Defendant
    Magic Valley Electric, LLC