Wyatt Johnson, ISB: 5858
Melanie Anderson ISB: 11765
**JOHNSON MAY**
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
wbj@johnsonmaylaw.com
mla@johnsonmaylaw.com

*Attorney for Erin D. Whiting and Magic Plumbing LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIN D. WHITING, an individual; and MAGIC PLUMBING LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MAGIC VALLEY ELECTRIC, LLC, an Idaho limited liability company; and Does 1-10 whose true names are unknown,<br><br>Defendants. | Case No. 1:21-cv-250-BLW<br><br>MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC |

Wyatt Johnson of JOHNSON MAY as counsel of record, respectfully moves the Court pursuant to Idaho Local District Rule 83.6(c) for an entry of an order allowing leave to withdraw as counsel of record in this matter for Plaintiffs Erin D. Whiting and Magic Plumbing, LLC. This Motion is supported by the *Declaration of Wyatt B. Johnson In Support of Motion to Withdraw as Attorney of Record for Erin D. Whiting and Magic Plumbing, LLC* ("Johnson Decl.") filed concurrently with this Motion and is incorporated herein by reference.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC – PAGE 1**

The basis for the Motion to Withdraw is that the Plaintiffs have repeatedly failed to communicate with our firm in this case and, as a result, counsel cannot effectively represent Plaintiffs' interests moving forward. These Plaintiffs have been advised of the potential for this motion and its consequences. Accordingly, Johnson May respectfully requests that this Court enter an Order granting its Motion to Withdraw in the above-entitled matter.

DATED this 20th day of July, 2022.

**JOHNSON MAY**

　　　　/s/ Wyatt B. Johnson
WYATT B. JOHNSON
*Attorney for Plaintiffs, Erin D. Whiting and Magic Plumbing LLC*

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC – PAGE 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2022, I filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC** electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Richard Clark | rclarkeesq@gmail.com |
| James L. Martin | jmartin@hawleytroxell.com |
| Bradlee R. Frazer | brazer@hawleytroxell.com |
| Colleen R. Smith | crsmith@hawleytroxell.com |
| Noah Bush | nbush@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Erin Whiting
250 4th Street N.
Nampa, ID 83687
erinw@mymagicplumbing.com

                                                    /s/ Wyatt B. Johnson
                                                    Wyatt B. Johnson