Wyatt Johnson, ISB: 5858
Melanie Anderson ISB: 11765
**JOHNSON MAY**
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
wbj@johnsonmaylaw.com
mla@johnsonmaylaw.com

*Attorney for Erin D. Whiting and Magic Plumbing LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIN D. WHITING, an individual; and MAGIC PLUMBING LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MAGIC VALLEY ELECTRIC, LLC, an Idaho limited liability company; and Does 1-10 whose true names are unknown,<br><br>Defendants. | Case No. 1:21-cv-250-BLW<br><br>DELCARATION OF WYATT JOHNSIN IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC |

I, Wyatt Johnson, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct:

1. I am a senior partner with the firm of Johnson May and am one of the attorneys representing the Plaintiffs, Erin D. Whiting and Magic Plumbing, LLC ("Plaintiffs"), in the above-entitled matter.

//

**DECLARATION OF WYATT JOHNSON IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC – PAGE 1**

2. I am over the age of 18 and competent to testify before this Court and make the following statement based on my own personal knowledge.

3. The basis for the Motion to Withdraw is that the Plaintiffs have repeatedly failed to communicate with our firm with respect to certain critical matters on this case despite repeated attempts by our office. As a result, counsel cannot effectively represent Plaintiffs' interests moving forward.

4. Prior to with the filing of this motion these Plaintiffs have been advised that if they did not communicate on critical issues Johnson May would be required to withdraw as counsel for record and have been advised of the potential consequences of my firm's withdrawal.

5. Good cause exists for granting the Motion and granting the Motion should not result in a significant delay of the pending matter.

6. I therefore request permission from the Court that Johnson May be permitted to withdraw as the attorney for these Plaintiffs in the above-entitled matter.

I declare under penalty of perjury pursuant that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 20th day of July, 2022.          **JOHNSON MAY**

                                                                                   /s/ Wyatt B. Johnson
                                                            WYATT B. JOHNSON
                                                            *Attorney for Plaintiffs Erin D. Whiting and Magic Plumbing LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2022, I filed the foregoing **DECLARATION OF WYATT JOHNSON IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS ERIN D. WHITING AND MAGIC PLUMBING, LLC** electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Richard Clark | rclarkeesq@gmail.com |
| James L. Martin | jmartin@hawleytroxell.com |
| Bradlee R. Frazer | brazer@hawleytroxell.com |
| Colleen R. Smith | crsmith@hawleytroxell.com |
| Noah Bush | nbush@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Erin Whiting
250 4th Street N.
Nampa, ID 83687
erinw@mymagicplumbing.com

                                               /s/ Wyatt B. Johnson
                                              Wyatt B. Johnson