UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIN D. WHITING, an individual; and MAGIC PLUMBING LLC, an idaho limited liability company,<br><br>            Plaintiffs,<br>   vs.<br><br>MAGIC VALLEY ELECTRIC, LLC, an Idaho limited liability company; and Does 1-10 whose true names are unknown,<br><br>            Defendants. | Case No. 1:21-cv-250-BLW<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Pending before the Court is counsel's motion to withdraw as attorney of record for plaintiffs Erin D. Whiting and Magic Plumbing, LLC pursuant to local rule 83.6(c). Dkt. 20; Dkt. 21.  The Court has reviewed the motion and found good cause to grant it. No objections having been filed or received.

IT IS HEREBY ORDERED that that Counsel's Motion to Withdraw is GRANTED as follows:

1. Wyatt B. Johnson and JOHNSON MAY are authorized to withdraw as attorneys of record for Plaintiffs, Erin D. Whiting and Magic Plumbing, LLC in this proceeding.

2. Pursuant to Dist. Idaho Loc. Civ. 83.6(c), representation of the plaintiffs will continue until the proof of service of this order has been filed with the Court.

3. Pursuant to Dist. Idaho Loc. Civ. R. 83.4(d) and 83.6(c), Plaintiff Erin D. Whiting has twenty-one (21) days from the entry of this order to appear in person or appoint another attorney to appear on his behalf and to file a written notice with the Court.

4. Pursuant to Dist. Idaho Loc. Civ. R. 83.4(d) and 83.6(c), Plaintiff Magic Plumbing LLC has twenty-one (21) days from the entry of this order to appoint another attorney to appear on its behalf and to file a written notice with the Court stating how the entity will be represented within twenty-one (21) days from the date of this order as directed under the rule. The entity cannot be represented without an attorney.

5. It is further ordered that no further proceedings will be held in the action with respect to these Plaintiffs that will affect their rights within the twenty-one (21) days but failure to appear in the action through a newly appointed counsel within the twenty-one (21) day period shall be sufficient grounds for entry of default or dismissal of any action with prejudice without further notice.

DATED: July 22, 2022

_____
B. Lynn Winmill
U.S. District Court Judge